UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDRES A. MUNT-LOVELL, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE INTERNATIONAL CAT ASSOCIATION, et al.,<br><br>    Defendants. | Case No. C25-1665-JCC<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Plaintiffs Andres Munt-Lovell and Nicholas Munt-Lovell filed applications to proceed *in forma pauperis* (IFP). Dkts. 1 & 2. They indicate they have no income,[1] no sources of money, only ten and thirty dollars in cash on hand respectively, no money in checking or saving accounts, no property, and $4,500.00 in monthly expenses for their mortgage, water, phone, internet, and food. They also state they have exhausted "nearly all" of their financial resources and that their "income is very limited to nonexistent[.]" *Id*. at 2. The Court is unable to rule on

---

[1] Both Plaintiffs indicate they were last employed in 2020, while their spouse was last employed in 2019. *See* Dkts. 1 & 2 at 1.

MINUTE ORDER - 1

the IFP applications without additional information.  It is not clear, for example, how Plaintiffs pay for their monthly expenses in the absence of any sources of money.  Nor is it clear Plaintiffs have no sources of money given the reference to "nearly all" of their financial resources and "very limited" income.  *Id*.  Accordingly, both Plaintiffs must submit revised, signed IFP applications within **twenty (20) days** of the date of this Order.  They must provide complete and detailed financial information, including any sources and amounts of money, and, if they have no means of support, they must explain how they are able to meet basic monthly expenses, including their food, shelter, and any other expenses.  Failure to comply may result in denial of IFP and/or dismissal.

Dated this 2nd day of September, 2025.

Ravi Subramanian
Clerk of Court

By: s/ Stefanie Prather
Deputy Clerk

MINUTE ORDER - 2